IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES MICHAEL MANNING, JR.,
    Plaintiff,

vs.                                      Case No.: 3:10cv220/RS/EMT

ANTONIO SANTINI, et al.
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a complaint pursuant to 18 U.S.C. § 1331 (doc. 1).  Plaintiff subsequently filed several amended complaints (*see* docs. 6, 9, 13, 22, 29, 35, 41, 46, and 54), most of which were filed at his own initiative.  On August 29, 2011, this court entered an order giving Plaintiff thirty (30) days in which file a tenth amended complaint (doc. 65).  Plaintiff failed to file a tenth amended complaint; therefore, on October 4, 2011, the court issued an order requiring Plaintiff  to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 67).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 31st day of October 2011.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**