IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES MICHAEL MANNING, JR.,

    Plaintiff,

vs.                                      CASE NO. 3:10-cv-220/RS-EMT

ANTONIO SANTINI, et al.

    Defendants.

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 68). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on November 30, 2011.

                                                 /S/ Richard Smoak
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**